ANNA M. GRANNEMANN et al., by CHRISTIAN ROTHMYER, Their Guardian ad Litem, Respondents, v. LOUISE H. GRANNEMANN, Individually and as Special Guardian of ANNA M. GRANNE-MANN et al., Appellant, and ARTHUR E. GRANNEMANN et al., Respondents.

*Grannemann* v. *Grannemann*, 95 App. Div. 37, affirmed.
(Argued March 13, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1904, modifying and affirming as modified a judgment in favor of plaintiffs and defendants, respondents, entered upon a decision of the court on trial at Special Term.

*Robert J. Landon* for appellant.

*A. J. Dillingham* and *Edwin C. Angle* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.

---

J. H. LABAREE COMPANY, Appellant, v. GEORGE W. CROSS-MAN et al., Respondents.

*Labaree Co.* v. *Crossman*, 100 App. Div. 499, affirmed.
(Argued March 13, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 6, 1905, affirming a judgment in favor of defendants entered upon the report of a referee.

*Edmund L. Mooney*, *Frederick A. Card* and *Laurence A. Sullivan* for appellant.

*John Notman* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.